

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

Robert Shapiro

)
)
)
)
,                          )
)
**Plaintiff(s),**          )
)
**vs.**                    )
)
IRS, Target, Postmates, Uber,   )
)
Lyft, Amazon             ,  )
)
)
**Defendant(s).**          )

*EJ* · **JAN 3 0 2020**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Case No.**

1:20-cv-00791
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey Cole

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is ___Robert Shapiro___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.      Defendant, _____, is
                                    (name, badge number if known)

        ☑ an officer or official employed by _*Chicago Police Department*_ ;
                                                (department or agency of government)
        _____ or

        ☑ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5.      The municipality, township or county under whose authority defendant officer or official
        acted is _*Seton Hall* *Bradley, or other 7, and* *Chicago defendant officer*_ . As to plaintiff's federal
        *target security or suspicious SAR security Arms* *Judge Tharp Jr.*
        constitutional claims, the municipality, township or county is a defendant only if

        custom or policy allegations are made at paragraph 7 below.

6.      On or about ___*12/27/19*___ , at approximately ___*3:00*___ ☐ a.m. ☑ p.m.
                            (month,day, year)
        plaintiff was present in the municipality (or unincorporated area) of ___*Chicago*___

        _____ , in the County of ___*Cook*___ ,

        State of Illinois, at ___*W. Grand Ave.*___ ,
                            (identify location as precisely as possible)

        when defendant violated plaintiff's civil rights as follows ***(Place X in each box that
        applies)***:

        ☑       arrested or seized plaintiff without probable cause to believe that plaintiff had
                committed, was committing or was about to commit a crime;
        ☑       searched plaintiff or his property without a warrant and without reasonable cause;
        ☑       used excessive force upon plaintiff;
        ☑       failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
                one or more other defendants;
        ☑       failed to provide plaintiff with needed medical care;
        ☑       conspired together to violate one or more of plaintiff's civil rights;
        ☐       Other:

        _____

        _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*): ___Target shoplifts, tazes, secures by

    Searches w/o warrant or switching the, see ref, Judge Thorp Jr.

    Postmates, Uber, Lyft, Amazon_____

    _____.

8.  Plaintiff was charged with one or more crimes, specifically:

    Retail Theft

    Ny Motor Vehicle Violation

    Complaint of combattive was under jurisdiction of

    Judge Thorp Jr, date 2018?

    _____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal*
    *proceedings under "Other"*) The criminal proceedings

    ☐ are still pending.

    ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____

    _____.

    ☐ Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

date of Robut leaving from arriving back to District of Northern Illinois ref. to ~~back~~ no. 18-1780c by and other no. upon request to open, Are of dismissals by the jurisdiction of NY, and previous Illinois decision Retail theft and none by the State Attorney General of States NY, NJ, IL and occurred a repeated time simultaneous of pernicious defendants claims, of robberies, studies or robberies, stolen property, bank robberies by Chennel 7 reports and consisted of a finding to for 3 years, and the does not consist the act to on the decided ref. 18-1780c leading to believe other optimistic decisions by Judges Tharp and Wheeler mean, remedies, relief, redress or recovery time.

_____.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Laceration

Bill or Yellow bill or evidence by escheat

_____

_____.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

        as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

        and/or any other claim that may be supported by the allegations of this complaint.


        **WHEREFORE,** plaintiff asks for the following relief:

        A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

                loss of income, loss of enjoyment of life, property damage and any other injuries

                inflicted by defendant;

        B.      ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

                against the individual defendant; and

        C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

        Plaintiff's signature: _Robert Shepro_

        Plaintiff's name *(print clearly or type)*: _Robert Shepro_

        Plaintiff's mailing address: _450 Lexington Avenue, Flr. 2 #2841_

        City _New York_          State _NY_     ZIP _10163_

        Plaintiff's telephone number: (     ) _____.

        Plaintiff's email address *(if you prefer to be contacted by email)*: _████ors/3l7b@gmail.com_

        _____

15.     Plaintiff has previously filed a case in this district. ☒ Yes ☒ No

        *If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first
plaintiff. An additional signature page may be added.*

Listen look at the docket was from 2018 connection to service administration of *case of Judge Thorp*
Confidential distribution by service procuring government through government time in *Elaine Bucklo relating*
service administrators employees through itin'ing or pihing one jurisdiction of the *to*

IRS and revenue of cases verify in writing of confusing personnel and did not confuse
personnel vendors of the other ngo subsidized groups a parties are defendants,
and other substantiated discovery verify missing the bonding other compensated
reference suit fees already in IRS or accounting being missing or preparing
for charges, where is any other substantiated earning or waging are beyond what
are allowable to be or anonymously which is discovery.

M right that not suffice also income state tax prior years paid in states not
applied returned back possibly one then 700 eligible to negotiate,
and unemployment insurance assistance in the process by NY
State claim approve benefits or ongoing, no work and or looping any
holes, what the are compensate, depriving, or misusing damaging the
cycle or of the litigating of of actions FTC extension claims breach
claims are significant the date this was being sent to submission,
possibly aggravating the complainant and demand an appearance
to the local level to substantiate how bonding the were arranged,
or cycle repeating discovery and discovery Judge Thorp's
request of cause of action.


Respectfully,

Robert Shapno


P.S.    other evidence or property of Robert the stole documentation
Mr. Shapno also are plead not guilty or did not appear to.
And consecutive recent
decisions by other court dismissal dismissing charges?

Plaintiff Shapiro,
Robert needs the Northern District of Illinois by a docket supported by regulation contain needs assistance from the District of Northern Illinois clerk's or Judges from the notable times help Robert compose legal information, documentation to pursue warranting against defendants. And to produce documents, personal property etc. the Stole from Robert in the or past that docket alleges and or other docketing resolve the confusion or misuse of Robert benefits or Robert's benefits,

Attach a Informa Pauperis affidavit, other proof and of dismissary by higher Courts commenced after 2018's docket by Bucklo, Thorp,

Attach in support of 285 form marshal warranting against defendants,

Attach other proof of burden of cost, evidence, etc. overpayment, or under payment the were construe the confusingly elongated by or wasting extension of an,


P.S.
SHOW This to Clerk, Judge Thorp and Bucklo of succeeding docket was cause and to open against defendants, other reasons were to advantageous or discuss the Controversial, when or where the one warrant, please ask the Clerk Contact make the arrangements to produce documents, diploma mill, or **removed** by State Court,

Also organized the way one approved for the by the Judges by Clerks or arrangements lead to believe Commit crimes, deploring the not to ever in kind regulator's refund.

Respectfully,
Mr. Robert Shapiro

# In the United States Court of Federal Claims

No. 18-1780C

(Filed: July 2, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ROBERT SHAPIRO, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

WHEELER, Judge.

On May 7, 2019, the Government filed a motion to partially dismiss *pro se* Plaintiff Robert Shapiro's complaint. Mr. Shapiro's response was originally due by June 7, 2019. Having not received a response by that date, the Court issued an order on June 13, 2019 giving Mr. Shapiro until Friday, June 28, 2019 to file a response and a statement explaining why the Court should not dismiss his complaint under Rule 41(b) of the Court of Federal Claims for failure to prosecute. The June 13 order also warned Mr. Shapiro that failure to comply with the Court's order will result in dismissal of the complaint. Mr. Shapiro made a filing on June 25, 2019.

Plaintiff's complaint appears to allege that the IRS failed to issue tax refunds for years 2014 and 2016. In its motion to dismiss, the Government generally asserts that both were untimely filed. Untimeliness aside, the Government moved to partially dismiss the portion of Mr. Shapiro's complaint asserting that the IRS failed to issue him a 2016 tax refund because the IRS already issued a refund to Mr. Shapiro for the 2016 tax year in the amount of $588. The Government attaches Mr. Shapiro's 2016 tax transcript to its motion which indeed shows that the IRS issued a refund to Mr. Shapiro. On June 25, 2019, the Court received Mr. Shapiro's filing which is very difficult to understand. However, what

is clear is that this filing fails to respond to the Government's motion to dismiss in any substantive way.

Under the requirements of Rule 12(b)(6), a complaint fails to state a claim upon which relief may be granted "when the facts asserted by the claimant do not entitle him to a legal remedy." Briseno v. United States, 83 Fed. Cl. 630, 632 (2008) (citation omitted). The Court must construe allegations in the complaint favorably to the plaintiff. See Extreme Coatings, Inc. v. United States, 109 Fed. Cl. 450, 453 (2013). Still, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." Id. (quoting Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (citation omitted)). "Pro se plaintiffs are given some leniency in presenting their case," and courts "liberally construe[]" a complaint filed pro se. Stroughter v. United States, 89 Fed. Cl. 755, 760 (2009) (citation omitted). Courts may, in considering a whether a plaintiff states a plausible claim for relief, consider materials in the public record. See Terry v. United States, 103 Fed. Cl. 645, 652 (2012).

The IRS's assessment of whether plaintiff has made an overpayment "is presumed to be correct, and the taxpayer bears the burden of coming forward to overcome this presumption." Cencast Servs., L.P. v. United States, 94 Fed. Cl. 425, 453 (2010), aff'd, 729 F.3d 1352 (Fed. Cir. 2013). "The Government can invoke the presumption of correctness by presenting the Certificate of Assessment, which is prima facie proof that the IRS made a valid assessment." Kobus v. United States, 103 Fed. Cl. 575, 586 (2012). Plaintiff's tax transcript shows that on October 22, 2018, the IRS issued Mr. Shapiro a refund for the 2016 tax year for $588. Def. Ex. 1.

Since the IRS issued a refund to Mr. Shapiro for tax year 2016, there is no injury for the Court to redress. See Dellew Corp. v. United States, 108 Fed. Cl. 357, 373 (2012) (Courts should dismiss a case when an intervening event "renders it impossible for [the] court to grant any effectual relief . . . ."). Plaintiff has not set forth any other grounds for a refund beyond this non-payment. Accordingly, the Government's motion to partially dismiss is GRANTED.

IT IS SO ORDERED.

Thomas C. Wheeler

THOMAS C. WHEELER
Judge

To Clerk

Dear Clerk, Judge and JJudge

This is a motion cause of action the said from the defendant's misusing Robert's benefits regulation in writing Robert one unable to list until either the understand he waste of time, that the is started or the was commencing, and related back to order of cause by Judge Tharp discovering in District of Northern Illinois 2018 arriving to first docket by Judge Tharp. here And activity activities outside right outside of the District Court by 2018 omonymous robbers, residents, even even seeing almost upon arriving near 219 Dearborn a tall about 6 foot or more stocky African American snatch or approach a patron at a location sitting down the suspect then snatch the patron's wallet from the patron sitting down or dozed off, and was a substantial amount of money and no authorities around to catch them

And more activities dates after were occuring, look at California on Midwest escalated violent offenders, larceny, bank robbers like original complaints from the first time he met Robert at the District of Northern Illinois during 2012 or after, Why Robert writes or and motion schedule are prevalent motion motions schedule that date of the seem one relate to matches from dockets activities 2018, other SAR in NewYork after leaving 2018 were substantially similar and he assumed to believe accompany residency in the county or assumed Where the one locate one located suspiciously,

What Robert means also the amount the docket was to copy, the Illinois Trade LABOR Act of hire compensate by compensate Act or one not concern considerately concern not to concern or think the Lead the to believe,

Noted the court
that was answer
branch's operation
one supposed to
refer to rescheduling
by the State Attorney
and were at a branch

that was nowhere
near the charge's
actual branch or
were answered by
a SAR.

Branch 50
5355 W
Grand Ave

(312) 746-
9033

773 804
6151

# AFTER VISIT SUMMARY

 **NM** Northwestern Medicine®

**Robert Shapiro**  MRN: 111011354357  📅 11/15/2019  📍 NM Emergency Medicine 312-926-5188

## Instructions

Dear Mr. Shapiro,

You came to the hospital because you had a lip laceration caused by an assault. We did CT scans of your head, face, and neck, and repaired your lip laceration. **Please take the prescribed Chlorhex Mouth Wash, swish and SPIT twice daily. Your sutures will dissolve on their own.**

We believe you are now ready to leave the hospital. If you experience any worsening mouth pain, swelling, bleeding, fevers, chills, sweats, or other new or worsening symptoms that concern you, please return to the ED immediately.

It has been a pleasure taking care of you. We wish you the very best of health.

Sincerely,
The Emergency Medicine Team
Northwestern Memorial Hospital

 **Your medications have changed today**
See your updated medication list for details.

 **Read the attached information**
LACERATION, LIP OR MOUTH (ENGLISH)

 **Pick up these medications from any pharmacy with your printed prescription**
chlorhexidine

## Reminders/Additional Information

If you had cultures taken, results may take several days. If you had x-rays performed, x-ray readings are not final until a later time. Please ensure you have given us accurate information to contact you if needed.

Not all fractures (broken bones) show up on initial x-rays. If you continue to have pain, you may need another x-ray.

To obtain a copy of your chart, please call medical records 312-926-3375

## Today's Visit

You were seen by Nathan Seth Trueger, MD, MPH

**Reason for Visit**
- Assault Victim
- Mouth Laceration

**Diagnoses**
- Cut on lip
- Assault

**Your End of Visit Vitals**

 Blood Pressure 119/69  🌡️ Temperature (Oral) 96.5 °F

 Pulse 79  Respiration 18

 Oxygen Saturation 100%

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://myc.nm.org/mychart/accesscheck.asp**, click "Sign Up Now", and enter your personal activation code: **K3C6W-TMVW7-RCHWZ**. Activation code expires 2/13/2020.

**Attached Information**

# Lip or Mouth Laceration

A laceration is a cut through the skin. When the cut is on the outside of the lip, it may be closed with stitches. Cuts inside the mouth may be stitched or left open, depending on the size. When stitches are used in the mouth, they are usually the kind that dissolve on their own.

A tetanus shot may be given if you are not current on this vaccine and the object that caused the cut may lead to tetanus.



# Home care

- If you were given an antibiotic to prevent infection, don't stop taking this medicine until you have finished it all or the healthcare provider tells you to stop.
- The healthcare provider may prescribe medicines for pain. Follow instructions for taking these medicines.
- Follow the healthcare provider's instructions on how to care for the cut.
- Wash your hands with soap and warm water before and after caring for your cut. This helps prevent infection.
- If the cut is inside your mouth, clean the wound by rinsing your mouth after each meal and at bedtime with a mixture of equal parts water and hydrogen peroxide. (Don't swallow!) Or you can use a cotton swab to apply hydrogen peroxide directly onto the cut. You may also be prescribed chlorohexidine to swish and spit to keep the wound clean.
- Mouth wounds can cause pain when chewing. Soft foods can help with this. If needed, use an over-the-counter numbing solution for pain relief, such as one for teething babies. Put this directly to the wound with a cotton-tip swab or your clean finger.
- If the wound is bandaged, leave the original bandage in place for 24 hours. Replace it if it becomes wet or dirty. After 24 hours, change it once a day or as directed.
- If the cut is on the outside of the lip and stitches were used, you may shower as usual after the first 24 hours, but don't put your head under water or swim until the sutures are removed. After removing the bandage, wash the area with soap and water. Use a wet cotton swab to loosen and remove any blood or crust that forms. After cleaning, keep the wound clean and dry. Talk with your healthcare provider before applying any antibiotic ointment to the wound. You may apply an adhesive bandage or leave the wound open. Unless told otherwise, stitches on the inside of the mouth will likely dissolve on their own.

# Your Medication List



**chlorhexidine** 0.12 % solution
Commonly known as: PERIDEX

Swish and spit 15 mLs 2 (two) times daily.

**START**

## Reminders/Additional Information (continued)

To obtain a copy of your x-rays, please call radiology 312-926-5100

At Northwestern Memorial Hospital, we want all of our patients and their families to be aware of our resources. If you feel hopeless or have thoughts of hurting yourself, call for help and support: 312-926-8100 (Northwestern Memorial Hospital Crisis Line) and/or 800-784-2433 (800-SUICIDE: National Suicide Hotline). For immediate help, call 911 or go to the nearest Emergency Department.

Advanced Directives - Planing ahead for the care you would want is important, whether you are facing a health challenge today or in the future. Specialists are available at Northwestern to assist you in understanding, creating, and communicating the health directives to your family and health care providers. Call 312-695-1805 to schedule an appointment.

## All Future Appointments

You currently have no upcoming appointments scheduled.
*Please consider NM Immediate Care Centers for urgent needs that are not life threatening. No appointment needed. Open 7 Days a week. Visit nm.org/immediatecare to find a location nearest to you.*

## Additional Referral Follow up Information

Please make sure to follow up with our Physician Referral Line for your follow up appointments at (312) 926-2905.

## Medication Instructions

**Please review the Medication list attached**

**This is your current medication list upon discharge. Check with your physician prior to taking any additional medication or supplements. If you will be seeing another healthcare provider, please show them this visit summary at your next appointment.**

- **Verify your medication bottles match this list.**

- **Contact your primary care physician (PCP) with any questions you may have on a particular medication.**

- **If you have been given a narcotic or sedative during your visit, do not drink, drive, operate heavy machinery, or make any important decisions for the next 24 hours.**

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## RECOGNIZANCE: CRIMINAL OR QUASI-CRIMINAL

I   8706518

| ORIGIN OF BOND | | |
|---|---|---|
| USING AGENCY NO. CPD-018 | ☐ Bail set by Rule of the Illinois Supreme Court OR<br>By _____<br>(PRINT NAME OF JUDGE)   (JUDGE'S NO.) | _____<br>(OFFICE USE) |

**DEFENDANT: YOUR RELEASE ON THIS BOND DOES NOT REQUIRE POSTING OF CASH OR SECURITIES FOR BAIL**

BAIL AMOUNT

$ X , X X 1 , 5 0 0 00/100   One Thousand Five hundred ———————— 00/100

**DEFENDANT** (Person Preparing Bond - Always complete this section)

Full Name (PRINT)   SHAPIRO, Robert E
(Last)   (First)   (MI)

Address (PRINT)   287 West Edgecone Ave

City and State (PRINT)   New York NY   Zip Code 10031

**STATEMENT OF DEFENDANT: I understand and accept the terms and conditions set forth below. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.**

Defendant's Signature _____

| COURT COMPLAINT OR INDICTMENT NUMBER(S) | CHARGE | DISPOSITION |
|---|---|---|
| | 720 ILCS 5/16-25-A-1 | |
| | | |

DISPOSITION entered by (Signature of Deputy Clerk) _____   Br. or Sub. CT _____   Court Date __/__/__   MO DAY YEAR

**COURT APPEARANCE:** Defendant named above shall appear in the Circuit Court of Cook County. Illinois located at:

Address (Number and Street) 5555 W. Grand   City/Town/Village Chicago , Illinois.

Branch No. 29   in Room No. 2   on 27 January , 2020 at 9:00 ☒ a.m. ☐ p.m.

**CONDITIONS OF BOND:** The defendant is hereby released on the conditions as indicated below:

☒ Appear to answer the charge in court until discharge or final order of court.
☒ Obey all court orders and process; not leave this State without permission of court and report changes of address to the Clerk within 24 hours.
☒ Not commit any criminal offenses while awaiting final order in this case.
☒ If on appeal, prosecute the appeal, and surrender to custody if the judgment is affirmed or a new trial is ordered.
☐ Surrender (725 ILCS 5/110-10(a)(5)) OR not possess any firearms or dangerous weapons until final order in this case.
☐ Not contact or communicate with any complaining witnesses or members of their immediate families or: _____
☐ Not go to the area or premises of victims/complaining witnesses home, work, school or: _____
☐ Not to indulge in intoxicating liquors, illegal drugs or certain drugs, to-wit: _____
☐ Undergo alcoholism or drug addiction treatment as ordered by the court.

☐ Undergo medical or psychiatric treatment as ordered by the court.
☐ If you are charged with a criminal offense and the victim is a family or household member, you are ordered to refrain from all contact or communication with:
_____
for a minimum of 72 hours following release, and further ordered to refrain from entering and/or remaining at the location of:
_____
for a minimum of 72 hours following release.
☐ Reside with parents or in a foster home, attend school or nonresidential program for youths, contribute to his/her support at home or in a foster home, observe curfew set by court:
_____
☐ Report to and remain under the pretrial supervision of such agency or third-party custodian as ordered by the court:
_____
☐ Other conditions: _____

**FAILURE TO APPEAR - TRIAL IN ABSENTIA**

If you have been charged with an offense that is classified as a felony, your failure to appear constitutes a waiver of your rights to confront witnesses and to be present at your trial. A trial could proceed if found guilty the court could impose a sentence in your absence.

**FAILURE TO APPEAR - BAIL JUMPING:**

Your failure to appear may result in the filing of an additional charge of Bail Jumping. Sentences imposed upon conviction for this offense shall be served consecutively to sentences imposed for convictions related to the original offenses for which you were admitted to bail.

**VIOLATION OF OTHER CONDITIONS - POSSIBLE PENALTIES:**

Violating any of the conditions indicated on bond may result in the issuance of an arrest warrant for your arrest, forfeiture of bail, judgment for the full amount of the bail set by the court, revocation of this bail, imposition of additional conditions, an increase in the bail, amount and/or the filing of an additional charge of violation of the conditions of bail. Felony offenses committed while admitted to bail are subject to consecutive sentencing upon conviction relative to a sentence imposed upon conviction of the original offenses for which you were admitted to bail.

☐ a.m. ☒ p.m. Hour 7:17
Date 12 27 19
Month Day Year

**TWO**

I 8706518

| This bail bond form was prepared by: | | |
|---|---|---|
| _____<br>(Signature of Peace Officer) | Star No. 2621 | Police Dept. CPD-018<br>(CPD District No. or Suburban City, Town, or Village) |
| Or Clerk of the Circuit Court of Cook County, by _____<br>(Signature of Deputy Clerk) | Loc. _____<br>(Branch or Suburban Court) | |

DEFENDANT NOTICE: Any inquiries should be dir_____

CCG N697-3 7M 10/08/__



Thanks for your business!
BKO1664
1740 Orrington Road
847-864-9199

## Order137

| | |
|---|---|
| Host: | 11/09/2019 |
| Order137 | 12:02 AM |
| REPRINT# 1 | 10388 |

| | |
|---|---|
| 10 PC Chicken Nuggets | 1.49 |
| Subtotal | 1.49 |
| Sales Tax | 0.15 |

## To Go Total          1.64
Purchase  $    1.64

American Express #SXXXXXXXXXX2632
Auth # 099778   Exp Date **/**
Lane # 01       Cashier # 1137549
11/09/19 00:02  Ref/Seq # 012424
EPS Sequence    # 012424

--- Check Closed ---



## FREE WHOPPER*

*FOOD PURCHASE REQUIRED

## LET US KNOW WHAT YOU THINK

VISIT **WWW.MYBKEXPERIENCE.COM**
COMPLETE OUR SURVEY **IN THE NEXT 48 HOURS**
**IT'S BRIEF I PROMISE**

YOU'LL GET A VALIDATION CODE, JUST WRITE IT DOWN
HERE: _____. THEN, RETURN ME TO A PARTICIPATING
**BURGER KING®** RESTAURANT. YOU'LL ALSO NEED TO PURCHASE A
S/M/L SIZE DRINK AND REQUIRED SIDE AT REGULAR PRICE.

**ENJOY YOUR FREE *WHOPPER*® SANDWICH"**

**CHECK OUT THE RULES:**
FOOD PURCHASE REQUIRED AND RESTRICTIONS MAY APPLY. VALIDATED RECEIPT
GOOD FOR ONE MONTH FROM DATE OF PURCHASE. NOT VALID WITH ANY OTHER
OFFER. NOT AVAILABLE TO EMPLOYEES OR THEIR FAMILIES. ONE SURVEY PER
GUEST PER MONTH. CASH VALUE 1/100¢.

" **WHOPPER**® SANDWICH [ 9487 ]
(WITH FRIES AND SODA ONLY)
OR **ORIGINAL CHICKEN SANDWICH** [ 9494 ]
(WITH FRIES AND SODA ONLY)
OR **CROISSAN'WICH**® [ 9500 ]
(WITH HASHBROWNS AND COFFEE ONLY)



FREE*



1711 SHERMAN AVENUE, EVANSTON, IL
PHARMACY: 328-3105 STORE:      -

REG#01 TRN#2891 CSHR#0612950 STR#3903

Helped by: FATIMA

ExtraCare Card #: ********1751

1 ELSABAR GUCTOT CHP 3Z      .00B
   ORIGINAL PRICE                    1.29
   COUPON SAVINGS                    1.29 -
1 ELSABR SALS TRTL R 3Z      .00B
   ORIGINAL PRICE                    1.29
   COUPON SAVINGS                    1.29 -
1 TOP RAMEN BEEF 6PK 3Z      .00B
   ORIGINAL PRICE                    2.29
   COUPON SAVINGS                    2.29 -

***********COUPONS APPLIED**********
1 CVS COUPON              4.87 - CVS

   3 ITEMS
      TOTAL              .00
      CHANGE             .00



      3603 9019 3162 8910 15
   Returns with receipt, subject to
   CVS Return Policy, thru 01/11/2020
   Refund amount is based on price
    after all coupons and discounts.

   NOVEMBER 12, 2019        9:07 PM

TRIP SUMMARY:
   Today You Saved              4.87
   Savings Value               100%


   THANK YOU. SHOP 24 HOURS AT CVS.COM

ExtraCare Card balances as of 11/11

Year to Date Savings          346.69

% of your Fall 2019 Spend
% 1 2019 Spending             169.10

Fill 10 prescriptions Get $5EB
Pharmacy and Health ExtraBucks
   Quantity Toward this Reward       61
   Quantity Needed to Earn Reward     9

Pharmacy & Health Rewards Enrollment Status

Active Members                     3

Reconciling
debt, and leaving
Robert in debt to

And was
able arrive
to the expected
prior to

also hand
over self
017 and
employer
the handle

Robert's exemption
and registration
Claim is Robert
and then self

Robert to bill,
Robert was ran
3rd Floor Far Right
attached for
book bags, cell
laptop, and expected to
leave under the eviction
Court's Decision and fail,

Robert's
temporary
or
employer.

the denied from Robert welfare
and stole IDS, leaving Robert in
— He pay by the one alright
as of the has to do with the
evidence
date the conduct by the to
and
incident get to point a to point
the
was so is not trustworthy,
side
threats or interruptions wasting
car, Robert's energy on
office,
and energies on supporting
sibling
by the instead of becoming
family
better at the. And lied and
told Robert
the was not honor payment to jump
agreement and tried injuring into
Robert for Robert to pay, SS, UI, and



Robert was not as thrilled
Re or approved, tre is the same
issue that the first was occur
tricking Robert, he appeared to
need the ad meant tcie ended,
good news. And all of a sudden
orders were damaging.
He Started MCD'S, then
Grocery Store, then went Target,
JCE, and Whole and the
ended up BK. In Bk
Brooklyn then hired Rob,
and the NJ Court was not
Satisfied, ending benefit
early w/o compensation



D049180693

PC Reservation Receipt

Confirmation #: 3268
PC: Internet Computer 012
Date: 11/6/2019
Time: 6:15 PM
Length: 60 minutes
Location:
3rd Floor Far Right

**BE ON TIME!**  Your reservation
will be cancelled ten (10)
minutes after the start time.

# HPV (human papillomavirus)



FDA Office of Women's Health



**What is HPV?**

HPV (human papillomavirus) is a sexually transmitted virus. It is passed on through genital contact (such as vaginal and anal sex). It is also passed on by skin-to-skin contact. At least 50% of people who have had sex will have HPV at some time in their lives.

**Why haven't I heard of HPV?**

HPV is not a new virus. But many people don't know about it. Most people don't have any signs. HPV may go away on its own-- without causing any health problems.

**Who can get HPV?**

Anyone who has ever had genital contact with another person may have HPV. Both men and women may get it -- and pass it on-- without knowing it. Since there might not be any signs, a person may have HPV even if years have passed since he or she had sex. You are more likely to get HPV if you have:

• sex at an early age,

• many sex partners, or

• a sex partner who has had many partners.

**If there are no signs, why do I need to worry about HPV?**

There are over 100 different kinds of HPV and not all of them cause health problems. Some kinds of HPV may cause problems like genital warts. Some kinds of HPV can also cause cancer of the cervix, vagina, vulva, or anus. Most of these problems are caused by types 6, 11, 16 or 18.

**Is there a cure for HPV?**

There is no cure for the virus (HPV) itself. There are treatments for the health problems that HPV can cause, such as genital warts, cervical changes, and cervical cancer.

**What should I know about genital warts?**

There are many treatment choices for genital warts. But even after the warts are treated, the virus might still be there and may be passed on to others. If genital warts are not treated they may go away, stay the same, or increase in size or number, but they will not turn into cancer.

**What should I know about cervical cancer?**

All women should get regular Pap tests. The Pap test looks for cell changes caused by HPV. The test finds cell changes early -- so the cervix can be treated before the cells turn into cancer. This test also can also find cancer in its early

**OVER**

2011

# HPV (human papillomavirus)



stages so it can be treated before it becomes too serious. It is rare to die from cervical cancer if the disease is caught early.

## What should I know about vaginal or vulvar cancer?

Vaginal cancer is cancer of the vagina (birth canal). Vulvar cancer is cancer of the clitoris, vaginal lips, and opening to the vagina. Both of these kinds of cancer are very rare. Not all vaginal or vulvar cancer is caused by HPV.

## What should I know about anal cancer?

Anal cancer is cancer that forms in tissues of the anus. The anus is the opening of the rectum (last part of the large intestine) to the outside of the body.

## Is there a test for HPV?

*Yes.* It tests for the kinds of HPV that may lead to cervical cancer. The FDA approved the HPV test to be used for women over 30 years old. It may find HPV even before there are changes to the cervix. Women who have the HPV test still need to get the Pap test.

## Can I prevent HPV?

FDA has approved vaccines that prevent certain diseases, including cervical cancer, caused by some types of HPV. Ask your doctor if you should get an HPV Vaccine.

## What else can I do to lower my chances of getting HPV?

- You can choose not to have sex (abstinence).
- If you have sex, you can limit the number of partners you have.
- Choose a partner who has had no or few sex partners. The fewer partners your partner has had -- the less likely he or she is to have HPV.
- It is not known how much condoms protect against HPV. Areas not covered by a condom can be exposed to the virus.

**FDA Office of Women's Health**  http://www.fda.gov/womens

## To Learn More:

**Food and Drug Administration (FDA)**
http://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm172678.htm

TAKE TIME TO CARE... For yourself, for those who need you.

have a streak of bad luck on dates, maybe if the next line of contact

Robert was date of start to have a streak of

The date of arriving to, Robert was proponed with papers to proceed a of permittable expenses and mysteriously date of to was after interruption or docket was reflect and other consequential events either were spurring issue permitted cord, or expense, Perhaps, the after relaying or telling the ad or the the had put to contact maybe the which can change or assist Robert, The was very suspicious or becoming at time of cause of action docket by Judge ad then changed and discoveries. And the date reflect other good reports, and clean rapport or of the reports ad the events ad started production of documents possibly changing the mood of or Serious to more serious. Date of reflect before arriving and day or so after prepared with the were have serious mood or intentions to the ad the is a necessary procedure that the has Robert is a eligible applicant. supposed to be prepared. Which lead Robert a favor by to believe other events were dates or startup, ad detrimental to proceedings minors, which the does not permit. The then lead the to open or reopen IRS, which a previous dispute ad the IRS were sued for the may-lang or mayhem ad documenting the actual identical incidents occurred to CFR academic USC interruptions which the appear to make Robert eligible to dispute the authority or authorities over Robert or the government's or bias at proceeding studies, donation, and other expenses that dates attendance wise and Robert was productive in a good news wise work case sensible or feasible federal lawsuit versus corporations or States, The IRS also involves historical disputes the government challenges the wrong trustworthy litigant or Robert's trusting worthiness, or self-worth ad individually. Robert was produce dates ad was before offered attention from ad losing Changed Robert's favor illegitimately, And m favors on for Robert trust or desires the District for being educating behind Robert or general justice and military

699. 899

Contact | Contact | COA
Claim | Claim
Claim | Claim
Complain | Complain COA

shift

totally | being infatuated
different | means toward
topics | the means toward
the safeguarding by are not
appreciated, before the hassled
Robert repeated by ad date the
did the same the previous, pretentious,
protested the for that reason,
the arose vomptly
or cause causing
the or to be tremendously
timely, or ironic
and the or serious
intuition the was agony
were unneccessary or infatuation
on the line of unusual, crude,
or plain
error,
harmful,
or rude,
approaching or
near seriousness
or important
time are necessary
to be timely, and no ant Standing
respected a opinion of or
having one toward the, trouble
Starsity, arising tensor intense

Television or media material
by production of appeal
and the private or third person
procedure rules and the
integrity or integral tangible or
intangible provisional legal rules
by diplomacy. produce rules, and
bills of rights
a practitioner of a individual
claims regulation may not
make or produce the supported
Suit of individual claims
and must produce the individual
claims which directly conflicts with
Rule settlement laws or Rules
And the protecting or securing the the
are not aware or knowledgeable as
to the Rules and or use the and use the
Cross reference of instead of the
Cross claim rules rules that
Cross claims that the effects the
effects complicating the the originally
Caused, or sever itis or serious
recurrent time or event or sincerity
that the was originally attain,
persuade the event as well acknowledged or
likeness recognized the was happen and
the blatantly disobeyed the trying trying
unpopular to supersede and supersede
Sentimental the District's
moment decision or previous orders
the the disobedience or by orders and
misunder present
standing reveal other
complicated
unfair of the using or repeating
events of the using or remind or remember the purposes as
to remind or remember the purposes as

alikeness
likeness

Printed : 11/06/19 12:41:10

Please keep pass for printing

Card Number: 95403995

Evanston Public Library

Adult Guest Pass

misleading, negligence, illiteracy, or calculated by the discreet walls the home or built up from the consecrations of there loved ones, the people, or money, Instead of open ended business, Controlled employment or manageable practicing, the cares only about what fills the and quickly

religious regulation of the Church Vs, State, leaving the to argue over the Sentimentality or cheap shots, the others into guilt tripping, private borrowing and creating the larger disaster. Instead of sharing or equal rights, the superior is infallible, flawless and the cause of the confrontation, liabilities.

to let Robert train or be the role model, with such things like Robert's past times, writing or cor. And he caused the to get personal. He wants to borrow or rent out to exercise or learn the craft ad compete with Robert's ingenuity or put Robert down for accomplishing certs, casework, bible training, The signs of recession explain it all to the, hire Robert cheaply, get done or budget Robert and save the trouble for government's later, or disability The Church works anti discreetly, personalizing or discreetly Stealing information, creating the anti-competitive drug ad blames the on blasphemers or

business and life expectancy, or energy, the mind family or laws, is a terrible thing to the occupation field's regulatory laws or that rules are pretty clear, the workplace is to be isn't there.

let have 2 breaks or trying to make the 3 meals like regular livinghead and the issue and and he was date was out of control, working past lover Over close the threshold or not at all other consequences Bridiculous to or the barrier for living or being of the was not just employed Or if the over the sustenance rules should be Came to handle the was over work/recess and there was not harsh as the one action the action a of it being age, the only he was were not a hazardous expense that surpasses such Schedule or supposed to be distinguished or violated serves the the makes, plenty of accommodation punishment and that that occurred available ad the use of force was also was not the event date ad the nose tying substantial is the problem

for support and or suffering extracurricular hobbies for each of them there compensated, Covered, paid, taken care of and this still raises quaintness or qualms of IRS power the power or over the arguing tie ad field is the mysterious influences to each of has the credit by hire the the manager, the leaves a difference in hypotess on the substantial part of the time, the is a run-around waste of energies, adding over the sustenance rules the abreast of durt results or conclusions, quiet irregular bickering over narrowing down how sustain ad grow.

That was part of the reason Robert fried school

**Evanston Public Library**

Adult Guest Pass

Card Number:99534122

**Please keep pass for printing**

Printed : 11/06/19 17:41:12

Mr. Slepno the own the legal branching or better
dislikes the industries/judge service of Justice or
by being the business, branches but, the substantial
leader the rules that is organizing or diliberating that
not the branch was designed
to resolve or for gettin
always true equal was and expense start initiating
not pursued and branch org disputes the
the prices trade were field of is or has been
on the or practical makes an controversial way for
perfect, and does other efficacies by US
question take into justice services expense
consideration where disputes the recent
superseding 13 from and by putting developments of
combined with the on the and chain of command
the Prehistoric Ages, back burner, or chain of
the 21st Century, short notice, civilization has
the modern age or other clues not developed the
and the meaning the say as much way that the resolves
means to mungers as he was the actual issues,
or been judged. supposed to for
in the public eye the he has not been or better
as fear — mongering the villain and don't services
intellectually the makes the out to be, or taking on a challenge
elite governmental The manner in which all of the the
or shadow governmental was start date or administration
charges to the was focal point that decade, and
civilized US regime, lost steam after moving forward
sophisticating the on the next decade decades
next administration to be exact, the were not
prepared for being a legacy of
the civilization's monumental
history that was start after
generation and the new
millenium. The impression,
was by impressions at the
turn of the century the
relied on the basic concept of
civilization, NEW AGE, and
studying the actual
definition of a NEW AGE

Supposed to mean something,

In the middle designed puts
of time was major misery
The size or times that the were
asset management
The
Next, the first,
the second times
that the were
encroach on
administering the
ideas the were
learn or teach
learning from our
mistakes rears
a ugly head,
or the learn to
follow there image,
causing the to
learn the dynamic
of a backlash

Practice makes perfect, misery, time,
needs zone,
company lacks generation lazy,
Another reason Mr. Slepno didn't want date
to occur the way the died and the force which the
use to transition, the did not transition or
somehow, or lacked the light or the miserable
deeper services way the transition through
decade, or routine makes the moody
or hostile, issues not connect or teach
the the purpose for disputing the kind of existing
existing at is a totally different presented

*[handwritten, top margin]* The IRS dec... dates of the he purported to studgo and asked questions regarding finding he was in control of the, and he appeared to ... the head and the ... the clerk acknowledge ... he, he then was ... in contact date at ... , Robert anonymously was arranged to ...



# IRS Services Guide



### Help for Individual Taxpayers

*[handwritten]* All the was talk about was the able the for payment. in context date of ...

and uses the interactively.

| If you need help with | Here's where to find it on www.irs.gov |
|---|---|
| General tax law information | Search **Interactive Tax Assistant**, **Tax Topics**, **Frequently Asked Questions** and **IRS Tax Map** to get answers to your tax questions<br>• Go to the **Let Us Help** You page for online tools and resources. If your issue cannot be resolved online, use the toll-free number.<br>• Go to **IRS.gov/Pub 17**, Your Federal Income Tax for Individuals, for information about filing your 2018 tax return.<br>• Use your mobile device to access IRS **eBooks** for instructions and publications.<br>• **Publication 5307**, Tax Reform Basics for Individuals and Families<br>• Find tax law information in your electronic filing software |
| Finding a qualified tax professional | • Search **IRS.gov/chooseataxpro** on IRS.gov to help you locate a qualified tax preparer |
| Preparing a federal tax return | Find free options on IRS.gov or in your community for those who qualify:<br>• Go to **IRS.gov/FreeFile** to find brand name software to prepare and e-file your return for free<br>• Go to **IRS.gov/VITA** to find free tax help. Select Free Tax Help on the **IRS2Go** app, or call 1-800-906-9887 to find the nearest location for free tax preparation<br>• Go to **IRS.gov/TCE** for free help with your taxes, or call 1-888-227-7669 to find the nearest location for free tax preparation<br>• Use Direct Deposit when filing your return for a quicker refund. It's fast and safe. |
| International tax issues | • Search **International Taxpayers** page |
| An issue that requires face-to-face assistance | • Service is by appointment. **Contact Your Local Office** lists locations. Call 844-545-5640 for an appointment.<br>• Click the **Help** link at the very top of the page for ways to get help. |
| Getting a transcript or copy of a tax return | • Go to **IRS.gov/GetTranscript**<br>• Call the automated transcript toll-free line: 1-800-908-9946<br>• Mail in Form 4506-T (available on IRS.gov) |
| Requesting IRS records through Freedom of Information Act | • Search **Freedom of Information** to get FOIA guidelines for requesting IRS records |
| Making a tax payment | • Go to **IRS.gov/payments** for optimal ways to pay including online, by phone or with a mobile device using the **IRS2Go app**. |
| What if I can't pay now? | • Go to **IRS.gov/payments** and select payment plan.<br>• Go to **IRS.gov/OPA** to apply for an Online Payment Agreement to pay your taxes over time<br>• Go to **IRS.gov/OIC** to find the Offer in Compromise pre-qualifier tool to settle for less than you owe |
| Checking on the status of a refund | • Go to **IRS.gov/refunds** for refund status<br>• Select Refund Status on the **IRS2Go** mobile app<br>• Call the automated refund hotline: 1-800-829-1954 |
| Checking the status of an amended return | • Search **Where's My Amended Return?** to check status |

*[handwritten annotations in left margin]:*
And he was in the the clerk of the and group hiring about ruining the workplace, and the occurred all of sudden

Reports that occupied Slots had been fired at that gear, reporting that the brutality, and extremist were in violation of

corrupting others impression, make the look worse or more

Serious than the issue

*[handwritten annotations in right margin]:*
and the then were in between he, he then was

causing the occurred and no stability then made the ... change the info and tried ... discrath... Septembe... relief act. And arose were Bill ... FIU ... working for, he tried ... forcing the on trial and even ... Explains or most ... or sign petition ... make the same meaning ... case or arrange and deceive the to ... tactics.

| Determining how much you owe | • Go to **IRS.gov/account** to view the amount of taxes owed, payment history, key information from the most current year tax return as originally filed |
| Reporting health care coverage | • Go to **IRS.gov/aca** to determine if you must reconcile advance payments or if you can claim a **Premium Tax Credit**<br>• Go to **IRS.gov/ITA** to determine if you have qualifying health coverage or a coverage exemption for all 12 months in the year, can check the box on the front of your tax return or if you report an **Individual Shared Responsibility** payment for months without coverage in 2018.<br>• Go to **HealthCare.gov** for information about the **Health Insurance Marketplace.**<br>• Call toll-free 800-919-0452 for more health care related |
| Understanding an IRS Notice or Letter | • Search **understanding your notice** to find additional information about your IRS notice or letter |
| Getting an Employer Identification Number (EIN) | • Go to **IRS.gov/EIN** to apply for an Online EIN Application Available Monday - Friday, 7 a.m. to 10 p.m. Eastern time |
| Getting an Individual Taxpayer Identification Number (ITIN) | • Go to **IRS.gov/ITIN** to learn more about renewing an expired ITIN and to get an application |
| Understanding Identity Theft issues | • Search **Identity Theft** for information and videos |
| Obtaining tax forms or pubs | • Go to **IRS.gov/forms-pubs** |
| Contacting a local Taxpayer Advocate | • Search **Taxpayer Advocate** or call them at 1-877- 777-4778 or TTY/TTD: 1-800-829-4059 |

---

 ## Help for Tax Professionals

| **If you need help with** | **Here's where to find it** |
| General Tax Professional Information | • Go to **IRS.gov/for-tax-pros** to find tools and information For Tax Pros<br>• Find Health Care Law information in the **ACA Information Center for Tax Professionals** |
| Getting a Preparer Tax Identification Number (PTIN) | • Go to **IRS.gov/PTIN** to get PTIN requirements and renew or sign up for a PTIN.<br>• Call toll-free: 1-877-613-7846<br>• International: 1-915-342-5655 (not toll-free)<br>• TTY: 1-877-613-3686 |
| Getting a Power of Attorney (POA) | • Search **POA** for information on Form 2848 and Instructions |
| Contacting the Practitioner Priority Service | • Call toll-free: 1-866-860-4259 for help with a client account issue |
| Keeping up with the latest IRS information affecting tax professionals | • Search "*Join e-news*" to subscribe to **e-News for Tax professionals**<br>• Follow IRS on Twitter, at: **https://twitter.com/irstaxpros** and **Instagram**<br>• Like IRS on **Facebook**, at **https://www.facebook.com/IRStaxpros** |

Publication 5136 (Rev. 1-2019)  Catalog Number 66204E  Department of the Treasury  **Internal Revenue Service** www.irs.gov

**Evanston Public Library**

Adult Guest Pass

Card Number:96658520

**Please keep pass for printing**

Printed : 11/06/19 15:19:26

The th evershing race were in the
church a diploma mill, and
deceived the government through
following case, appropriations
of Terror by extremists
to same exact pattern that
the claim Court alleged
involved media exposure

and creating infamy among
them in the form jealousy
of place, occupation, and
non-profit all of the case
were previously allege
was parties and date
appeared to expose them
Covering up the jealousy
by joining non-profit
Court a moot and Church
jurisdiction that the
Superintendent st relied
on them or was deceived
through the enemy news
arrangements done by

negotiater gang - group, Court, group, abuser, Court, group abuser, Misguidence, bossiness?

o far in transactions
there States in appropri
controversial hearings
conforming there
financial dividends of
history or past into
passage or losing financial
by rehabilitative jurisdiction
donation, interruption

and fictitious defendants
regulation general
military laws,
A sign the were create
the deprivation of employmt
or pendancy that was
upon the pernicious of
counterfeit parts, acquired
through regulation with
by sale or rental buy
carrier FAR.
Misconstruing truth in
lending notes, losses
favor, and return to work.

Adjusting years to find
underprivileged a teacher,
trademark, more lany penalties, and
special rules theft by official and
employees. state employment like,
and Clerk's suit
renewing or changing the terms that the
suit are authorized for.
In favor of the litigant Robert Stepano
There was no water or Eureka settled to
might way by the past Court's arguing leaving
the at will and cause of action harm plain error or
the minor moving prepared in Federal Court

trouble making
and suspicious And in the
dad ends, the or scheduling
dad the to partake,
the filed
Chabad, bankrupt
and then
swarmed by
Canty.
and the
or plans
by date
CV
academics.
and hate
by
groups

the tried depending on Robert and Clerk
for sustenance / refund that the suit liably
use the to curtail to join others and found and celebrity
discovery finding discoveries
discovery under details leave the
power up to Clerk and Robert to
decide,

tricks,
where's

venture
date, and
denial by
Robert

and
officials
the date
of arrests
or racism
and the
Court's
Celebrities

And the became lovers or
serious friends. in the
the date of guess who
appeared for turn in
ment and claiming the
date was the fault of
Robert or to punish Robert
like David and is

and an evidence
of finding the.
and the arresting
Robert date of
and the dismiss
the find or over
time. Like a
whole in one
related to lawsuit,

related to defenses or of
dates

**Evanston Public Library**

Adult Guest Pass

Card Number: 95050100

**Please keep pass for printing**

Printed : 11/05/19 20:12:53

unevent ful

the record by uses the Robert has not been
the said which mean and the allowed or to, by to for years, the ad even
Second, third the event used the tie or state
or events that at occurred that taxation Robert
at dates occurred dates owns the use for goals,
which mean by the or agents
acting the own Robert agencies
and write for we were mistakes, did

The matters because
first off the or present
he alleges he was own
the or other the dates
of the need or port
or report the and the
decided the way before

personnel,
corporate
down size
Pick-UP
Subsidiary your love for Headphone
Credit administrator that were timely
or party.

LAptop, Book bags
Adaptor RADIO
other acts

1-800-662-1220 and the budgeting persons to
Commanders 1-518-486-9786 expand on the previous bills
broke, bossy benefactors,
and elapses or standing
to the time or and period of the
implicating
them as eligible
or result of reversed judgment

And on the side of
the The misuses
both the or is
allege always stuck
victimization
by, and in between
date preventative
opposing New lawrence
ings, or is a
and hates method of
Robert defense.

There is a suspicious
undertone to the act
the is a divorcee, thief,

Robert
Healthy
or new man
the others
prey on
the for others
his needs, or
necessities
need to
be resolved
w/o harming
the ad group.

connecting
hysteria
dates or
his behavior
supporter
of W-1
cuts, low wages, or
entertainment
The never
abuses Robert
and Keeps,

FARE,
drugs,
or
crime
auto which and the is

he does the clues
best the clues
better than
he, a lot.

The powers by being member or comrade to Mr. Shapiro or while Mr. Shapiro was commissioned for rank degree and independent of that decision and the conflicts of interest of he having access to information, private permission, or assessed damage or assessing that he was arrange, there will be no more. too curious, overbearing At on date. or risque

On date are reports, reports of the have he was under power of the, the same instance he said, he was hot, and he explains a totally different scenario, And common sense wise, And blatantly in front of Mr. Shapiro. Proof, Evidence all of he and record and the permit and the allowed he, or testify and not to, Nothing that he code standardly or comply. And resent having wise meaning to the all, Conformed, unified, and homosexual. Drug induced, religious, and same sex approved and let by approval

Called
 - no answer
 - no callback
 - repeated replaced request by the official not caused by Robert
 - stolen.

then after deliberating the allegation change to sex to misunderstand and guided by the creation that he fouled up the, and since birth, stories and court allegations of entirely different decisions and the planning the Union he become involved in, and cut member The religious out-fit of individuals the delegation of grouped or the individuals consisted of special people. and the fact or the being a option wise decision to bait, or abate the kind Robert or by initiatives were unusual, crude, or greedy The line of command or of communication. That the first deceitful court betrayed Robert's life and the current might intrigue he to misunderstand the current



Attics          BOSH                    LOST R FOUNDS
Saul Bellow      VOTED                   R, B   IL
T. f f                                   LOST FOUND
Grimm                Andrea Del Sato,    A, B  NY
R. W. EMERSON    MADINNA OF THE  LOST FOUND
                         HARPIES   F,   Queens
        BARTOLOMEO      INTERRUPTIONS
                        GRUBHUB IRS
                        IRS  ACE

                              TEACH
The when the time is    STUDIES
right the character or
       resembles or
              uses, when the IRS

         fought        the something

regulation, teacher liabilities,
finance and money of anticipate
the clause              participate in
finance and money under regulation
IRS conducting over payment, theft
by official and employees, counterfeiting
parts, stalking, videotapes,
       interruptions that need
                    certificate
to tyrant, enemies, blu flu,
ABC testing, or disparity.

tal was inherited to 1800s year of
year of the was good to Cloroptragazole,
change but 1 of District sustenance,
was not or suspended deprivation of
Cel term. The District employment,
Not regulation at with or
less/it The civil rights enjoyment of
Marital rights,

life, entertain
a law suit or boisterous
privileges, Eureka or
rights, develop wash
started or appeals Salt hay-out,
Switch at law or regulation
appeals or payable bills
Approved of original the eyes of
by Clerk, Suit or jurisdiction
Jurisdiction or lawsuit
to jurisdiction

the sanction the intimately wired
the FAR or the interruptions in
diploma will causing the holder
Norm the hold by the Article
accessories after the fact or the
enemies in connivance website
frailties, or loser charges,
Studies, or compromise to
withheld the interruptions as
Service, seamen, or relief
under provisions of the Article
procedure Acts in correlation
to the entertaining refunds,
beneficiaries, and or yellow
dog discounts or causes

TRACY
UTAH     CONTROL
HOPE     DISCIPLINARY
VVANBURGEN   BAN
           MILITIA
F BASC    LRS
210 EYE   INDEPENDENT
WE MATTHEWS
2KFEST GVMD  ISSUES
E DOORS   RADIO
          FREEDOM
ALL OUT BOY  HOURS

S&N   REDCROSS
CENSUS STARBUCKS
PLASMA WRITING

Follow the good
follow by the regular
flow, give or tell
order, control, not
invent event

home sickness,
or a jada filling in
for
fictional plans
for leading the
reading Course

x plays around with the already decided
ghts of suit and by a leader or credit
ganization, after trial and error for attention,
ed revealed that the were unusuals afterward

P&R                  The were already certified
                     by Health, Medical
    To                 and med reading
conscreameating on the physical or shape
able or make
h notice the make resemble the to have
dispute when the time is right.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

SERVE AT { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                     Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. _____ | District to Serve No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80